DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

Attorneys for Plaintiff,
SYNOPSYS, INC

DAVID YANG (SBN 246132)
dyang@hycounsel.com
HAWKINSON YANG LLP
8033 W. Sunset Blvd. #3300
Los Angeles, CA 90046
Telephone: +1 213 634 0370

Attorneys for Defendant,
PIMIC INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> PIMIC, INC., and DOES 1-10, inclusive, <br><br>  Defendants. | Case No. 5:23-cv-04786-PCP <br><br> [PROPOSED] ORDER RE SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE <br> *MODIFIED |

WHEREAS Plaintiff Synopsys, Inc. ("Plaintiff") and Defendant PIMIC Inc., ("Defendant") are parties to a civil action entitled *Synopsys, Inc. v. PIMIC, Inc., et al.*, in the United States District Court for the Northern District of California, Case No. 5:31-cv-04786-PCP (the "Litigation");

WHEREAS Plaintiff has alleged that the Defendant violated the Digital Millennium Copyright Act ("DMCA") and Copyright Act and Defendant has not responded to these allegations; and

NOW THEREFORE, in consideration of the foregoing and in consideration of the payments, promises and mutual undertakings set forth herein and in the Parties' Confidential Settlement Agreement ("Agreement") executed by Plaintiff and Defendant and incorporated herein by this reference, the sufficiency of which is hereby acknowledged, the Court orders as follows.

1. Defendant PIMIC Inc. and its representatives, officers, agents, directors, affiliates, servants, employees, contractors, and consultants and all persons acting in concert or participation with it agree they have ceased accessing any Synopsys applications or any electronic files associated with the use of or access to any Synopsys applications, including but not limited to counterfeit license key files, without a valid license issued from Synopsys. Defendant PIMIC Inc. and its representatives, officers, agents, directors, affiliates, servants, employees, consultants and all persons acting in concert or participation with it including employees and independent contractors, agree that they are permanently enjoined from directly or indirectly accessing, using, transferring, or copying, in any way, any Synopsys software without authorization from Synopsys and they may use or access Synopsys applications only with a valid license issued by Synopsys and only in the quantity specified by those licenses.

2. ~~This Court shall retain jurisdiction of this matter to enforce the terms of the Agreement without the necessity of any party's filing a separate lawsuit to do so.~~ In any contest over an alleged violation of this Agreement, the prevailing party shall recover its reasonable attorneys' fees and costs.

3. All claims filed herein are hereby dismissed with prejudice. Each party shall bear its own fees and costs, except as specified in the Parties' Confidential Settlement Agreement.

**IT IS SO ORDERED.**

Dated: December 12, 2023

_____
HONORABLE P. CASEY PITTS
United States District Judge

Orrick, Herrington & Sutcliffe LLP

- 1 -

[PROPOSED] ORDER RE SETTLEMENT AND DISMISSAL
Case No. 5:23-cv-04786-PCP